ALEXANDRA GOMEZ-JIMENEZ et al., Appellants, v NEW YORK LAW SCHOOL, Respondent, et al., Defendants.

Submitted February 18, 2013; decided March 28, 2013

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ and PIGOTT. Judge SMITH dissenting and voting to grant leave to appeal.

Taking no part: Judge RIVERA.

In the Matter of the Claim of GEORGIANA H. JUNGELS, Appellant, v SUNY BUFFALO, Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 14, 2013; decided March 28, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 915 (2012)].

Judge RIVERA taking no part.

In the Matter of KEIJONTE W. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; TAMARRA W., Appellant, et al., Respondent. (And Four Other Proceedings.)

Decided March 28, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.